IN the United States District Court
IN the Southern District of Texas
McAllen Division

Pro Se
Dustin Sanford                    *
  TDCJ # 1682436                   *
       Plaintiff                   *
vs                                 *  Plaintiff's
the Lopez Unit Warden              *  First Request
And C.O. Solice And other          *  For Production
C.O.'s on duty in Z doem on        *  of Documents
2-2 Shift beginning on Feb 7th     *
2014                               *
IN their individually And          *  Civil Action
official Capacities                *
       Defendants                  *

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff request that Defendants. Lopez unit warden, And Co. Solice And other C.O's on duty in Z doem 2-2 Shift. Produce for Inspection And Copying the following documents:

The complete prison records of Plaintiff's medical records, And Hospital records, Any And all pictures of reported insident. All written statements, Originals And Copies, identifiable as Reports About this incident on Feb, 7th 2014 · 2-2·Shift. Made by D.O.C.s Employees, And or witnesses.

Any And All Rules, Regulations, And Polices of the New, Old Texas Department of Correction About treatment of Prisoners.

Date _____    Signed _____



Dustin Sanford #1682436
Gib Lewis Unit
777 Fm 3497
Woodville Tx, 75990

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
SCANNED
AUG 2 0 2014

US. District Court
Southern District of Texas
P.O. Box 5059
Mc Allen Tx, 78501

CLERK U.S. DISTRICT COURT
RECEIVED
AUG 2 0 2014
SOUTHERN DIST. OF TEXAS